# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:25–cv–02238–DMG–AS

| | |
|---|---|
| Laura F. Corsi v. English Riding Supply, Inc. et al | Date Filed: 03/13/2025 |
| Assigned to: Judge Dolly M. Gee | Date Terminated: 03/31/2026 |
| Referred to: Magistrate Judge Alka Sagar | Jury Demand: Plaintiff |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Laura F. Corsi**
*also known as*
Laura F. Romfh

represented by **Katie Marie Charleston**
Katie Charleston Law, PC
1905 South New Market Street, Suite 169
Carmel, IN 46032
317–663–9190
Fax: 317–279–6258
Email: katie@katiecharlestonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**English Riding Supply, Inc.**

represented by **Dane William Schrader**
Manning Gross Massenburg LLP
444 South Flower Street, Ste 4100
Los Angeles, CA 90071
213–622–7300
Fax: 213–622–7313
Email: dwschrader@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**Daniel Paul Schrader**
Manning Gross Massenburg LLP
444 S. Flower Street, Suite 4100
Los Angeles, CA 90071
213–622–7300
Fax: 213–622–7313
Email: dschrader@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Behboud**
Manning Gross and Massenburg, LLP
444 Flower Street, Suite 4100
Los Angeles, CA 90071
213–622–7300
Email: mbehboud@mgmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ERS Equistrian, Inc.**                                  represented by  **Dane William Schrader**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Daniel Paul Schrader**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthew Behboud**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**English Riding Supply, LLC, a Delaware
Limited Liability Company (No. 3563640)**

**Defendant**

**English Riding Supply, LLC, a Pennsylvania
Limited Liability Company (No. 3092814)**

**Defendant**

**English Riding Supply, LLC, a Delaware         represented by  **Benjamin J Sitter**
Limited Liability Company (6413166)**                   Nelson Mullins Riley and Scarborough, LLP
                                                        One PPG Place, Suite 3200
                                                        Pittsburgh, PA 15222
                                                        412−730−3244
                                                        Fax: 412−567−9241
                                                        Email: ben.sitter@nelsonmullins.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Thomas S Jones**
                                                        Nelson Mullins Riley and Scarborough LLP
                                                        One PPG Place, Suite 3200
                                                        Pittsburgh, PA 15222
                                                        412−730−3071
                                                        Fax: 412−567−9241
                                                        Email: thomas.jones@nelsonmullins.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Megan E Farrell**
                                                        Nelson Mullins Riley and Scarborough LLP
                                                        One PPG Place, Suite 3200
                                                        Pittsburgh, PA 15222
                                                        412−730−3123
                                                        Fax: 412−567−9241
                                                        Email: megan.farrell@nelsonmullins.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**English Riding Supply, LLC, a Pennsylvania**

**Limited Liability Company (7425042)**

**Defendant**

| | | |
|---|---|---|
| **English Riding Supply Holdings, a Delaware Limited Liability Company (64131080)** | represented by | **Benjamin J Sitter** (See above for address) *ATTORNEY TO BE NOTICED* |

**Thomas S Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan E Farrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **NCK Capital, LLC, a Delaware Limited Liability Company** | represented by | **Benjamin J Sitter** (See above for address) *ATTORNEY TO BE NOTICED* |

**Thomas S Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan E Farrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2025 | Ï 1 | COMPLAINT Receipt No: ACACDC−39293350 – Fee: $405, filed by Plaintiff Laura F. Corsi. (Attachments: # 1 Exhibit A− Agreement 3.18.08) (Attorney Katie Marie Charleston added to party Laura F. Corsi(pty:pla))(Charleston, Katie) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 3 | AMENDED CIVIL COVER SHEET filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 4 | Notice of Appearance or Withdrawal of Counsel: for attorney Katie Marie Charleston counsel for Plaintiff Laura F. Corsi. Adding Katie M. Charleston as counsel of record for Laura F. Corsi a/k/a Laura F. Romfh for the reason indicated in the G−123 Notice. Filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 5 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 6 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 7 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 03/13/2025) |

| | | |
|---|---|---|
| 03/13/2025 | Ï 8 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 9 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 10 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 11 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 12 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 13 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Laura F. Corsi. (Charleston, Katie) (Entered: 03/13/2025) |
| 03/14/2025 | Ï 14 | NOTICE OF ASSIGNMENT to District Judge Dolly M. Gee and Magistrate Judge Karen E. Scott. (et) (Entered: 03/14/2025) |
| 03/14/2025 | Ï 15 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (et) (Entered: 03/14/2025) |
| 03/14/2025 | Ï 16 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (et) (Entered: 03/14/2025) |
| 03/14/2025 | Ï 17 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant English Riding Supply, Inc. (et) (Entered: 03/14/2025) |
| 03/14/2025 | Ï 18 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant ERS Equistrian, Inc. (et) (Entered: 03/14/2025) |
| 03/14/2025 | Ï 19 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant English Riding Supply, LLC, a Delaware Limited Liability Company (No. 3563640). (et) (Entered: 03/14/2025) |
| 03/14/2025 | Ï 20 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant English Riding Supply, LLC, a Pennsylvania Limited Liability Company (No. 3092814). (et) (Entered: 03/14/2025) |
| 03/14/2025 | Ï 21 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant English Riding Supply, LLC, a Delaware Limited Liability Company (6413166). (et) (Entered: 03/14/2025) |
| 03/14/2025 | Ï 22 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant English Riding Supply, LLC, a Pennsylvania Limited Liability Company (7425042). (et) (Entered: 03/14/2025) |
| 03/14/2025 | Ï 23 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant English Riding Supply Holdings, a Delaware Limited Liability Company (64131080). (et) (Entered: 03/14/2025) |
| 03/14/2025 | Ï 24 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant NCK Capital, LLC, a Delaware Limited Liability Company. (et) (Entered: 03/14/2025) |
| 03/14/2025 | Ï 25 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening) 1 . The following error(s) was found: No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every partys first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by |

| | | |
|---|---|---|
| | | judicial action, including sanctions. See Local Rule 83–7. (et) (Entered: 03/14/2025) |
| 03/17/2025 | 26 | INITIAL STANDING ORDER upon filing of the complaint by Judge Dolly M. Gee. (dd) (Entered: 03/17/2025) |
| 03/18/2025 | 27 | CERTIFICATE of Interested Parties filed by Plaintiff Laura F. Corsi, identifying NONE. (Charleston, Katie) (Entered: 03/18/2025) |
| 04/01/2025 | 28 | PROOF OF SERVICE Executed by Plaintiff Laura F. Corsi, upon Defendant ERS Equistrian, Inc. served on 3/19/2025, answer due 4/9/2025. Service of the Summons and Complaint were executed upon Robin Hutt–Banks, Authorized Employee for Authorized Service Agent in compliance with Federal Rules of Civil Procedure by personal service (Charleston, Katie) (Entered: 04/01/2025) |
| 04/01/2025 | 29 | PROOF OF SERVICE Executed by Plaintiff Laura F. Corsi, upon Defendant English Riding Supply, LLC, a Pennsylvania Limited Liability Company (7425042) served on 3/19/2025, answer due 4/9/2025. Service of the Summons and Complaint were executed upon Tina Crisanti, Authorized Employee for Authorized Service Agent in compliance with Federal Rules of Civil Procedure by personal service (Charleston, Katie) (Entered: 04/01/2025) |
| 04/01/2025 | 30 | PROOF OF SERVICE Executed by Plaintiff Laura F. Corsi, upon Defendant NCK Capital, LLC, a Delaware Limited Liability Company served on 3/19/2025, answer due 4/9/2025. Service of the Summons and Complaint were executed upon Robin Hutt–Banks, Authorized Employee for Authorized Service Agent in compliance with Federal Rules of Civil Procedure by personal service (Charleston, Katie) (Entered: 04/01/2025) |
| 04/01/2025 | 31 | PROOF OF SERVICE Executed by Plaintiff Laura F. Corsi, upon Defendant English Riding Supply Holdings, a Delaware Limited Liability Company (64131080) served on 3/19/2025, answer due 4/9/2025. Service of the Summons and Complaint were executed upon Robin Hutt–Banks, Authorized Employee for Authorized Service Agent in compliance with Federal Rules of Civil Procedure by personal service (Charleston, Katie) (Entered: 04/01/2025) |
| 04/01/2025 | 32 | PROOF OF SERVICE Executed by Plaintiff Laura F. Corsi, upon Defendant English Riding Supply, LLC, a Delaware Limited Liability Company (6413166) served on 3/19/2025, answer due 4/9/2025. Service of the Summons and Complaint were executed upon Robin Hutt–Banks, Authorized Employee for Authorized Service Agent in compliance with Federal Rules of Civil Procedure by personal service (Charleston, Katie) (Entered: 04/01/2025) |
| 04/01/2025 | 33 | PROOF OF SERVICE Executed by Plaintiff Laura F. Corsi, upon Defendant English Riding Supply, LLC, a Delaware Limited Liability Company (No. 3563640) served on 3/19/2025, answer due 4/9/2025. Service of the Summons and Complaint were executed upon Robin Hutt–Banks, Authorized Employee for Authorized Service Agent in compliance with Federal Rules of Civil Procedure by personal service (Charleston, Katie) (Entered: 04/01/2025) |
| 04/08/2025 | 34 | STIPULATION Extending Time to Answer the complaint as to English Riding Supply, LLC, a Delaware Limited Liability Company (6413166) answer now due 4/23/2025; English Riding Supply Holdings, a Delaware Limited Liability Company (64131080) answer now due 4/23/2025; NCK Capital, LLC, a Delaware Limited Liability Company answer now due 4/23/2025, re Complaint (Attorney Civil Case Opening) 1 filed by Defendants English Riding Supply, LLC, a Delaware Limited Liability Company (6413166); English Riding Supply Holdings, a Delaware Limited Liability Company (64131080); NCK Capital, LLC, a Delaware Limited Liability Company.(Attorney Megan E Farrell added to party English Riding Supply Holdings, a Delaware Limited Liability Company (64131080)(pty:dft), Attorney Megan E Farrell added to party English Riding Supply, LLC, a Delaware Limited Liability Company (6413166)(pty:dft), Attorney Megan E Farrell added to party NCK Capital, LLC, a Delaware Limited Liability Company(pty:dft))(Farrell, Megan) (Entered: 04/08/2025) |
| 04/09/2025 | 35 | |

|  |  | PROOF OF SERVICE Executed by Plaintiff Laura F. Corsi, upon Defendant English Riding Supply, Inc. served on 3/19/2025, answer due 4/9/2025. Service of the Summons and Complaint were executed upon Chris Domingo– Supervisor in compliance with Federal Rules of Civil Procedure by personal service (Charleston, Katie) (Entered: 04/09/2025) |
|---|---|---|
| 04/09/2025 | 36 | PROOF OF SERVICE Executed by Plaintiff Laura F. Corsi, upon Defendant English Riding Supply, LLC, a Pennsylvania Limited Liability Company (No. 3092814) served on 3/19/2025, answer due 4/9/2025. Service of the Summons and Complaint were executed upon Chris Domingo–Supervisor in compliance with Federal Rules of Civil Procedure by personal service (Charleston, Katie) (Entered: 04/09/2025) |
| 04/18/2025 | 37 | Second STIPULATION Extending Time to Answer the complaint as to English Riding Supply, LLC, a Delaware Limited Liability Company (6413166) answer now due 5/7/2025; English Riding Supply Holdings, a Delaware Limited Liability Company (64131080) answer now due 5/7/2025; NCK Capital, LLC, a Delaware Limited Liability Company answer now due 5/7/2025, re Complaint (Attorney Civil Case Opening) 1 filed by Defendant, English Riding Supply, LLC, a Delaware Limited Liability Company (6413166); Defendant English Riding Supply Holdings, a Delaware Limited Liability Company (64131080); NCK Capital, LLC, a Delaware Limited Liability Company English Riding Supply, LLC, a Delaware Limited Liability Company (6413166); English Riding Supply Holdings, a Delaware Limited Liability Company (64131080); NCK Capital, LLC, a Delaware Limited Liability Company.(Farrell, Megan) (Entered: 04/18/2025) |
| 04/30/2025 | 38 | Joint STIPULATION for Extension of Time to File Answer to 6/26/2025 re Complaint (Attorney Civil Case Opening) 1 filed by Defendant, English Riding Supply, LLC (6413166), English Riding Supply Holdings (64131080), and NCK Capital, LLC English Riding Supply Holdings, a Delaware Limited Liability Company (64131080), English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), NCK Capital, LLC, a Delaware Limited Liability Company. (Attachments: # 1 Proposed Order)(Farrell, Megan) (Entered: 04/30/2025) |
| 05/01/2025 | 39 | ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO `RESPOND TO COMPLAINT by Judge Dolly M. Gee: The Court hereby APPROVES the parties' Joint Stipulation 38 as follows: Plaintiff shall have up to and including 6/12/2025 to file a First Amended Complaint ("FAC"), if any. Defendants ERS 6413166, ERS Holdings, and NCK shall have up to and including 6/26/2025 to respond to Plaintiff's prospective FAC or, if a FAC is not filed by the deadline stated herein, to respond to Plaintiff's Complaint. (gk) (Entered: 05/01/2025) |
| 05/07/2025 | 40 | Joint STIPULATION Extending Time to Answer the complaint as to English Riding Supply, Inc. answer now due 6/6/2025; ERS Equestrian, Inc. answer now due 6/6/2025, re Complaint (Attorney Civil Case Opening) 1 , Service of Summons and Complaint Returned Executed (21 days), 28 , Service of Summons and Complaint Returned Executed (21 days), 35 filed by Defendants English Riding Supply, Inc.; ERS Equestrian, Inc.. (Attachments: # 1 Proposed Order)(Attorney Matthew Behboud added to party ERS Equestrian, Inc.(pty:dft), Attorney Matthew Behboud added to party English Riding Supply, Inc.(pty:dft))(Behboud, Matthew) (Entered: 05/07/2025) |
| 05/07/2025 | 41 | Notice of Appearance or Withdrawal of Counsel: for attorney Matthew Behboud counsel for Defendants ERS Equestrian, Inc., English Riding Supply, Inc.. Adding Matthew Behboud as counsel of record for English Riding Supply Inc and ERS Equestrian Inc for the reason indicated in the G–123 Notice. Filed by Defendants English Riding Supply Inc and ERS Equestrian Inc. (Behboud, Matthew) (Entered: 05/07/2025) |
| 05/07/2025 | 42 | Notice of Appearance or Withdrawal of Counsel: for attorney Daniel Paul Schrader counsel for Defendants ERS Equestrian, Inc., English Riding Supply, Inc.. Adding Daniel P Schrader as counsel of record for English Riding Supply Inc and ERS Equestrian Inc for the reason indicated in the G–123 Notice. Filed by Defendants English Riding Supply Inc and ERS Equestrian Inc. (Attorney Daniel Paul Schrader added to party ERS Equestrian, Inc.(pty:dft), Attorney Daniel Paul Schrader added to party English Riding Supply, Inc.(pty:dft))(Schrader, Daniel) (Entered: |

| | | |
|---|---|---|
| | | 05/07/2025) |
| 05/07/2025 | 43 | Notice of Appearance or Withdrawal of Counsel: for attorney Dane William Schrader counsel for Defendants ERS Equistrian, Inc., English Riding Supply, Inc.. Filed by Defendants English Riding Supply Inc and ERS Equistrian Inc. (Attorney Dane William Schrader added to party ERS Equistrian, Inc.(pty:dft), Attorney Dane William Schrader added to party English Riding Supply, Inc.(pty:dft))(Schrader, Dane) (Entered: 05/07/2025) |
| 05/07/2025 | 44 | ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT, 40 by Judge Dolly M. Gee. For good cause shown, the Court hereby APPROVES the Parties' Joint Stipulation, as follows: Defendants ENGLISH RIDING SUPPLY, INC., and ERS EQUISTRIAN, INC. shall have up to and including June 6, 2025 to respond to Plaintiff's Complaint. (es) (Entered: 05/08/2025) |
| 05/16/2025 | 45 | NOTICE OF CLERICAL ERROR:Text Only Entry. Due to a clerical error, the case was assigned to Magistrate Judge Karen E. Scott. The case is returned for random reassignment to Magistrate Judge Alka Sagar for all further proceedings. The case will now reflect the initials of the transferee Judge 2:25−cv−02238−DMG−ASx.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (nhac) (Entered: 05/16/2025) |
| 06/06/2025 | 46 | Second STIPULATION Extending Time to Answer the complaint as to English Riding Supply, Inc. answer now due 6/12/2025; ERS Equistrian, Inc. answer now due 6/12/2025, re Complaint (Attorney Civil Case Opening) 1 filed by Defendants English Riding Supply, Inc.; ERS Equistrian, Inc.. (Attachments: # 1 Proposed Order)(Behboud, Matthew) (Entered: 06/06/2025) |
| 06/09/2025 | 47 | ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT 46 by Judge Dolly M. Gee, the Court hereby APPROVES the Parties' Joint Stipulation, as follows: Plaintiff shall file her First Amended Complaint by June 12, 2025; Defendants ENGLISH RIDING SUPPLY, INC., and ERS EQUISTRIAN, INC. shall have 21 days to respond to Plaintiff's First Amended Complaint once filed. (es) (Entered: 06/10/2025) |
| 06/12/2025 | 48 | First AMENDED COMPLAINT against Defendants All Defendants amending Complaint (Attorney Civil Case Opening) 1 , filed by Plaintiff Laura F. Corsi (Attachments: # 1 Exhibit A− Agreement 03.18.08)(Charleston, Katie) (Entered: 06/12/2025) |
| 06/12/2025 | 49 | Request for Clerk to Issue Summons on Amended Complaint/Petition 48 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 06/12/2025) |
| 06/12/2025 | 50 | Request for Clerk to Issue Summons on Amended Complaint/Petition 48 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 06/12/2025) |
| 06/12/2025 | 51 | Request for Clerk to Issue Summons on Amended Complaint/Petition 48 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 06/12/2025) |
| 06/12/2025 | 52 | Request for Clerk to Issue Summons on Amended Complaint/Petition 48 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 06/12/2025) |
| 06/12/2025 | 53 | Request for Clerk to Issue Summons on Amended Complaint/Petition 48 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 06/12/2025) |
| 06/12/2025 | 54 | Request for Clerk to Issue Summons on Amended Complaint/Petition 48 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 06/12/2025) |
| 06/12/2025 | 55 | Request for Clerk to Issue Summons on Amended Complaint/Petition 48 filed by Plaintiff Laura F. Corsi. (Charleston, Katie) (Entered: 06/12/2025) |
| 06/13/2025 | 56 | 21 DAY Summons Issued re Amended Complaint/Petition 48 as to Defendant English Riding Supply Holdings, a Delaware Limited Liability Company (64131080), English Riding Supply, |

| | | |
|---|---|---|
| | | LLC, a Delaware Limited Liability Company (6413166), English Riding Supply, LLC, a Delaware Limited Liability Company (No. 3563640), English Riding Supply, LLC, a Pennsylvania Limited Liability Company (7425042), English Riding Supply, LLC, a Pennsylvania Limited Liability Company (No. 3092814), NCK Capital, LLC, a Delaware Limited Liability Company. (Attachments: # 1 Summons.2, # 2 Summons.3, # 3 Summons.4, # 4 Summons.5, # 5 Summons.6, # 6 Summons.7)(es) (Entered: 06/16/2025) |
| 06/20/2025 | 57 | Joint STIPULATION Extending Time to Answer the complaint as to English Riding Supply, LLC, a Delaware Limited Liability Company (6413166) answer now due 7/3/2025; English Riding Supply Holdings, a Delaware Limited Liability Company (64131080) answer now due 7/3/2025; NCK Capital, LLC, a Delaware Limited Liability Company answer now due 7/3/2025, re Amended Complaint/Petition 48 filed by English Riding Supply, LLC (6413166), English Riding Supply Holdings (64131080) and NCK Capital, LLC English Riding Supply, LLC, a Delaware Limited Liability Company (6413166); English Riding Supply Holdings, a Delaware Limited Liability Company (64131080); NCK Capital, LLC, a Delaware Limited Liability Company. (Attachments: # 1 Proposed Order)(Farrell, Megan) (Entered: 06/20/2025) |
| 06/24/2025 | 58 | ORDER RE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT by Judge Dolly M. Gee: The Court hereby APPROVES the parties' Stipulation 57 , Defendants English Riding Supply, LLC (6413166), English Riding Supply Holdings (64131080) and NCK Capital, LLC shall have up to and including 7/3/2025 to respond to the First Amended Complaint 48 . (gk) (Entered: 06/27/2025) |
| 07/02/2025 | 59 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendants ERS Equistrian, Inc., English Riding Supply, Inc.. Motion set for hearing on 8/8/2025 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Declaration, # 4 Proposed Order) (Behboud, Matthew) (Entered: 07/02/2025) |
| 07/03/2025 | 60 | NOTICE OF MOTION AND MOTION to Dismiss Case *for Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim* filed by Defendants English Riding Supply Holdings, a Delaware Limited Liability Company (64131080), English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), NCK Capital, LLC, a Delaware Limited Liability Company. Motion set for hearing on 8/22/2025 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Memorandum, # 2 Declaration Grant M. Kornman, # 3 Declaration Megan E. Farrell, # 4 Proposed Order) (Farrell, Megan) (Entered: 07/03/2025) |
| 07/10/2025 | 61 | PROOF OF SERVICE Executed by Plaintiff Laura F. Corsi, upon Defendant English Riding Supply, LLC, a Delaware Limited Liability Company (No. 3563640) served on 7/8/2025, answer due 7/29/2025. Service of the Summons and Complaint were executed upon Robin Hutt–Banks; Intake Specialist, The Corporation Trust Company (Authorized Agent for Service) in compliance with Federal Rules of Civil Procedure by personal service (Charleston, Katie) (Entered: 07/10/2025) |
| 07/18/2025 | 62 | NOTICE OF MOTION AND MOTION for Extension of Time to File Opposition to Defendant English Riding Supply, Inc. and ERS Equistrian, Inc's Motion to Dismiss First Amended Complaint filed by Plaintiff Laura F. Corsi. (Attachments: # 1 Proposed Order) (Charleston, Katie) (Entered: 07/18/2025) |
| 07/18/2025 | 63 | Opposition Opposition re: NOTICE OF MOTION AND MOTION to Dismiss Case 59 filed by Plaintiff Laura F. Corsi. (Attachments: # 1 Affidavit, # 2 Affidavit)(Charleston, Katie) (Entered: 07/18/2025) |
| 07/21/2025 | 64 | (IN CHAMBERS) ORDER by Chief Judge Dolly M. Gee. The Court, on its own motion hereby CONTINUES the Motions to Dismiss Case 59 and 60 to August 29, 2025 at 9:30 a.m. Counsel shall take note of the new date for these hearings.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dd) TEXT ONLY ENTRY (Entered: 07/21/2025) |

| 07/21/2025 | 65 | NOTICE OF MOTION AND MOTION to Withdraw NOTICE OF MOTION AND MOTION for Extension of Time to File Opposition to Defendant English Riding Supply, Inc. and ERS Equestrian, Inc's Motion to Dismiss First Amended Complaint 62 filed by Plaintiff Laura F. Corsi. (Attachments: # 1 Proposed Order) (Charleston, Katie) (Entered: 07/21/2025) |
|---|---|---|
| 07/22/2025 | 66 | ORDER RE PLAINTIFF'S WITHDRAWAL OF MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS 62 65 by Judge Dolly M. Gee: The Court therefore construes Plaintiff's motion to withdraw her motion for an extension of time as a notice of withdrawal and DENIES as moot both motions. Plaintiff should make sure to familiarize herself with the Local Rulessimilar failure to comply with the Local Rules in the future shall result in the summary denial of the requested relief. (jp) (Entered: 07/22/2025) |
| 07/24/2025 | 67 | Notice of Appearance or Withdrawal of Counsel: for attorney Benjamin J Sitter counsel for Defendants English Riding Supply Holdings, a Delaware Limited Liability Company (64131080), English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), NCK Capital, LLC, a Delaware Limited Liability Company. Adding Benjamin J. Sitter as counsel of record for English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), English Riding Supply Holdings (64131080), a Delaware Limited Liability Company, and NCK Capital, LLC, a Delaware Limited Liability Company for the reason indicated in the G–123 Notice. Filed by Defendants English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), English Riding Supply Holdings (64131080), a Delaware Limited Liability Company, and NCK Capital, LLC, a Delaware Limited Liability Company. (Attorney Benjamin J Sitter added to party English Riding Supply Holdings, a Delaware Limited Liability Company (64131080)(pty:dft), Attorney Benjamin J Sitter added to party English Riding Supply, LLC, a Delaware Limited Liability Company (6413166)(pty:dft), Attorney Benjamin J Sitter added to party NCK Capital, LLC, a Delaware Limited Liability Company(pty:dft))(Sitter, Benjamin) (Entered: 07/24/2025) |
| 07/25/2025 | 68 | Notice of Appearance or Withdrawal of Counsel: for attorney Thomas S Jones counsel for Defendants English Riding Supply Holdings, a Delaware Limited Liability Company (64131080), English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), NCK Capital, LLC, a Delaware Limited Liability Company. Adding Thomas S. Jones as counsel of record for English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), English Riding Supply Holdings (64131080), a Delaware Limited Liability Company, and NCK Capital, LLC, a Delaware Limited Liability Company for the reason indicated in the G–123 Notice. Filed by Defendants English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), English Riding Supply Holdings (64131080), a Delaware Limited Liability Company, and NCK Capital, LLC, a Delaware Limited Liability Company. (Attorney Thomas S Jones added to party English Riding Supply Holdings, a Delaware Limited Liability Company (64131080)(pty:dft), Attorney Thomas S Jones added to party English Riding Supply, LLC, a Delaware Limited Liability Company (6413166)(pty:dft), Attorney Thomas S Jones added to party NCK Capital, LLC, a Delaware Limited Liability Company(pty:dft))(Jones, Thomas) (Entered: 07/25/2025) |
| 07/25/2025 | 69 | REPLY in support of NOTICE OF MOTION AND MOTION to Dismiss Case 59 filed by Defendants ERS Equestrian, Inc., English Riding Supply, Inc.. (Attachments: # 1 Declaration, # 2 Supplement Obj to Plaintiff's Dec)(Behboud, Matthew) (Entered: 07/25/2025) |
| 08/01/2025 | 70 | PROOF OF SERVICE Executed by Plaintiff Laura F. Corsi, upon Defendant English Riding Supply, LLC, a Pennsylvania Limited Liability Company (7425042) served on 7/15/2025, answer due 8/5/2025. Service of the Summons and Complaint were executed upon TINA CRISANTI – EMPLOYEE AUTHORIZED TO ACCEPT SERVICE – CT CORPORATION SYSTEM – AUTHORIZED AGENT FOR SERVICE OF PROCESS in compliance with Federal Rules of Civil Procedure by personal service (Charleston, Katie) (Entered: 08/01/2025) |
| 08/08/2025 | 71 | OPPOSITION to NOTICE OF MOTION AND MOTION to Dismiss Case *for Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim* 60 filed by Plaintiff Laura F. Corsi. (Attachments: # 1 Declaration of Plaintiff, Laura Corsi, # 2 Proposed Order)(Charleston, Katie) |

| | | |
|---|---|---|
| | | (Entered: 08/08/2025) |
| 08/14/2025 | 72 | Notice of Filing Signed Declaration in Lieu of Previously Filed Unsigned Version filed by Plaintiff Laura F. Corsi. (Attachments: # 1 Exhibit Plaintiff's Executed Declaration)(Charleston, Katie) (Entered: 08/14/2025) |
| 08/15/2025 | 73 | REPLY In Further Support NOTICE OF MOTION AND MOTION to Dismiss Case *for Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim* 60 filed by Defendants English Riding Supply Holdings, a Delaware Limited Liability Company (64131080), English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), NCK Capital, LLC, a Delaware Limited Liability Company. (Farrell, Megan) (Entered: 08/15/2025) |
| 08/21/2025 | 74 | (IN CHAMBERS) ORDER by Chief Judge Dolly M. Gee. The Court finds that the Motions to Dismiss Case 59 and 60 set for hearing on August 29, 2025, are appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. L.R. 7–15. Accordingly, the motions are taken UNDER SUBMISSION and the hearing is vacated. No appearances are necessary on this date. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dd) TEXT ONLY ENTRY (Entered: 08/21/2025) |
| 03/31/2026 | 75 | MINUTES OF IN CHAMBERS – ORDER RE DEFENDANTS' MOTIONS TO DISMISS by Judge Dolly M. Gee: The Court GRANTS in part Defendants English Riding Supply, Inc. and ERS Equistrian, Inc.'s motion to dismiss the First Amended Complaint ("FAC") for lack of personal jurisdiction and improper venue 59 and Defendants ERS Holdings, LLC, NCK Capital, LLC, and ERS, LLC's (No. 6413166) motion to dismiss for lack of personal jurisdiction, improper venue, forum non conveniens, and failure to state a claim 60 , and TRANSFERS this action in its entirety to the Middle District of Pennsylvania. To the extent they are not otherwise addressed herein, the motions to dismiss are DENIED AS MOOT. See document for further details. Case electronically transferred. ( MD JS–6. Case Terminated ) Court Reporter: Not Reported. (gk) (Entered: 04/07/2026) |