## CERTIFICATE OF CONCURRENCE OR NONCONCURRENCE

I hereby certify pursuant to Local Rule 7.1 that I contacted Katie Charleston, counsel for Plaintiff Laura F. Corsi (a/k/a Laura F. Romfh) to determine whether she consents to the relief requested in this Motion to Set Deadline for Response to Amended Complaint, Following § 1404 Transfer to this Judicial District, and to Continue Case Management Conference.  Ms. Charleston advised in an email on April 20, 2026 that her client will need to retain Pennsylvania counsel to proceed. As such, she takes no position on this Motion.  I sent a follow-up email to Ms. Charleston on April 27, 2026, to advise her of the upcoming Case Management Conference ("CMC") and to ascertain her position on the additional request to continue the CMC.  In an email response on April 28, 2026, Ms. Charleston advised that Plaintiff takes no position as to either request.

I also contacted counsel of record for Defendants English Riding Supply, Inc. and "ERS Equistrian [sic], Inc." (collectively, "Old ERS").  Counsel for Old ERS advised me in an email on April 27, 2026 that new counsel will be entering an appearance now that the case has been transferred.  Accordingly, counsel for Old ERS consented to this Motion.

/s/ Megan E. Farrell
Megan E. Farrell