## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH) | ) | |
| | ) | Civil Action No.: 3:26-cv- |
| Plaintiff, | ) | 000895-KM |
| v. | ) | |
| ENGLISH RIDING SUPPLY, INC., ERS | ) | |
| EQUISTRIAN, INC., ENGLISH RIDING | ) | |
| SUPPLY, LLC, a Delaware Limited | ) | |
| Liability Company (No. 3563640), | ) | |
| ENGLISH RIDING SUPPLY, LLC, a | ) | |
| Pennsylvania Limited Liability Company | ) | |
| (No. 3092814), ENGLISH RIDING | ) | |
| SUPPLY, LLC, a Delaware Limited | ) | |
| Liability Company (6413166), ENGLISH | ) | |
| RIDING SUPPLY, LLC, a Pennsylvania | ) | |
| Limited Liability Company (7425042), | ) | |
| ENGLISH RIDING SUPPLY HOLDINGS | ) | |
| (64131080), a Delaware Limited Liability | ) | |
| Company, and NCK CAPITAL, LLC, a | ) | |
| Delaware Limited Liability Company, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO SET DEADLINE FOR RESPONSE TO AMENDED COMPLAINT, FOLLOWING § 1404 TRANSFER TO THIS JUDICIAL DISTRICT, AND TO CONTINUE CASE MANAGEMENT CONFERENCE

AND NOW, this ___ day of _____, 2026, IT IS SO ORDERED

that the Motion to Set Deadline for Response to Amended Complaint, Following

§ 1404 Transfer to this Judicial District, and to Continue Case Management

Conference filed by Defendants English Riding Supply, LLC (No. 6413166),

- 8 -

English Riding Supply Holdings, LLC (No. 64131080), and NCK Capital, LLC ("NCK") (collectively, the "LLC Defendants") is hereby GRANTED.

IT IS FURTHER ORDERED that the LLC Defendants, as well as English Riding Supply, Inc. and "ERS Equistrian [sic], Inc." shall have up to and including June 29, 2026, to file a responsive pleading or dispositive motion in response to the First Amended Complaint.

IT IS FURTHER ORDERED that the Case Management Conference currently set for May 22, 2026 is hereby CONTINUED until further Order of Court, or until or after July 21, 2026.

_____
Honorable Karoline Mehalchick