IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA F. CORSI | : | |
| (a/k/a LAURA F. ROMFH), | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 3:26-CV-895-KM |
| | : | |
| ENGLISH RIDING SUPPLY, INC., ERS | : | |
| EQUISTRIAN, INC., ENGLISH | : | |
| RIDING SUPPLY, LLC, a Delaware | : | |
| Limited Liability Company | : | |
| (No. 3563640), ENGLISH RIDING | : | |
| SUPPLY, LLC, a Pennsylvania Limited | : | |
| Liability Company (No. 3092814), | : | |
| ENGLISH RIDING SUPPLY, LLC, | : | **ELECTRONICALLY FILED** |
| a Delaware Limited Liability Company | : | |
| (No. 6413166), ENGLISH RIDING | : | |
| SUPPLY, LLC, a Pennsylvania Limited | : | |
| Liability Company (No. 7425042), | : | |
| ENGLISH RIDING SUPPLY | : | |
| HOLDINGS, a Delaware Limited | : | |
| Liability Company (No. 64131080), and | : | |
| NCK CAPITAL, LLC, a Delaware | : | |
| Limited Liability Company, | : | |
| | : | |
| **Defendants.** | : | |

## ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of Defendants English Riding Supply,

Inc. and ERS Equistrian, Inc.[1] relating to the above-captioned matter.

---

[1] ERS Equistrian, Inc. was formerly known as English Riding Supply, Inc. The two named defendants are in fact one entity.

Date:  May 8, 2026

Respectfully submitted:

/s/ Donna A. Walsh
Donna A. Walsh (PA ID 74833)
dwalsh@mbklaw.com
Richard L. Armezzani (PA ID 322804)
rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Counsel for Defendant,
ERS Equestrian, Inc. f/k/a
English Riding Supply, Inc.

## **CERTIFICATE OF SERVICE**

I, Donna A. Walsh, hereby certify the foregoing Entry of Appearance was electronically filed on this 8th day of May, 2026 and is available for viewing and downloading from the Court's ECF system and that service on participants in the case who are registered ECF users will be accomplished by the ECF system.

/s/ Donna A. Walsh
Donna A. Walsh