## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA F. CORSI | : | |
| (a/k/a LAURA F. ROMFH), | : | |
| | : | |
| Plaintiff, | : | |
| | " | |
| v. | : | No. 3:26-CV-895-KM |
| | : | |
| ENGLISH RIDING SUPPLY, INC., ERS | : | |
| EQUISTRIAN, INC., ENGLISH | : | |
| RIDING SUPPLY, LLC, a Delaware | : | |
| Limited Liability Company | : | |
| (No. 3563640), ENGLISH RIDING | : | |
| SUPPLY, LLC, a Pennsylvania Limited | : | |
| Liability Company (No. 3092814), | : | |
| ENGLISH RIDING SUPPLY, LLC, | : | ELECTRONICALLY FILED |
| a Delaware Limited Liability Company | : | |
| (No. 6413166), ENGLISH RIDING | : | |
| SUPPLY, LLC, a Pennsylvania Limited | : | |
| Liability Company (No. 7425042), | : | |
| ENGLISH RIDING SUPPLY | : | |
| HOLDINGS, a Delaware Limited | : | |
| Liability Company (No. 64131080), and | : | |
| NCK CAPITAL, LLC, a Delaware | : | |
| Limited Liability Company, | : | |
| | : | |
| Defendants. | : | |

## JOINDER IN LLC DEFENDANTS' MOTION TO SET DEADLINE FOR RESPONSE TO AMENDED COMPLAINT AND TO <u>CONTINUE CASE MANAGEMENT CONFERENCE</u>

Defendant ERS Equistrian, Inc., formerly known as English Riding Supply, Inc. (hereinafter "ERS Equistrian"),[1] by and through its undersigned counsel, hereby joins in the Motion To Set Deadline for Response to Amended Complaint, Following § 1404 Transfer to This Judicial District, and To Continue Case Management Conference filed by Defendants English Riding Supply, LLC (No. 6413166), English Riding Supply Holdings, LLC (No. 64131080) and NCK Capital, LLC (collectively, "LLC Defendants") and, in support thereof, states as follows:

1.　　This action, which was initially filed in the U.S. District Court for the Central District of California, was transferred to this Court on or about April 7, 2026 pursuant to 28 U.S.C. § 1404(a).  ECF 75.

2.　　On April 28, 2026, the LLC Defendants filed a motion to extend until June 29, 2026 the deadline for all defendants to respond to the First Amended Complaint and to continue the case management conference currently scheduled for May 22, 2026 due to, among other things, the need for parties to engage Pennsylvania counsel.  ECF 80.

3.　　Due to the recent engagement of undersigned counsel, additional time is needed to prepare a response to the First Amended Complaint.

---

[1]  ERS Equistrian, Inc. was formerly known as English Riding Supply, Inc.  The two named defendants are in fact one entity.

4.    ERS Equistrian joins in the LLC Defendants' motion to set June 29, 2026 as the deadline for all defendants to respond to the First Amended Complaint and to continue the case management conference until a date after responsive pleadings are filed.

WHEREFORE, ERS Equistrian respectfully requests that the Court enter an Order setting June 29, 2026 as the deadline for all defendants to file a responsive pleading or appropriate motion in response to the First Amended Complaint and continuing the case management conference until further Order of Court.

Date:  May 8, 2026                          Respectfully submitted:

                                            /s/ Donna A. Walsh
                                            Donna A. Walsh
                                            Richard L. Armezzani

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100                              Counsel for Defendant,
                                            ERS Equistrian, Inc. f/k/a
                                            English Riding Supply, Inc.

## **CERTIFICATE OF SERVICE**

I, Donna A. Walsh, hereby certify the foregoing Joinder was electronically filed on this 8th day of May, 2026 and is available for viewing and downloading from the Court's ECF system and that service on participants in the case who are registered ECF users will be accomplished by the ECF system.

/s/ Donna A. Walsh
Donna A. Walsh