UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH),<br><br>Plaintiff(s),<br><br>v.<br><br>ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,<br><br>Defendant(s). | Case No. 3:26-CV-895-KM |

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Daniel P. Schrader, Dane W. Schrader, and Matthew Behboud of Manning Gross + Massenburg, LLP, counsel of record for ENGLISH RIDING SUPPLY, INC. and ERS EQUISTRIAN, INC., ("Client" or "Old ERS") in the above-captioned matter, hereby moves this Honorable Court for leave to withdraw as counsel. In support of this motion, counsel states as follows:

1.      Good cause exists for withdrawal in that the client has consented to the withdrawal.

2.      Counsel has notified Client of this motion, the Client's burden to keep the Court informed of where notices may be served, and the Client's obligation to prepare for trial or obtain new counsel.

1

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Manning Gross + Massenburg LLP

3.      Neither Matthew Behboud, Dane W. Schrader, nor Daniel P. Schrader are licensed to practice law in the State of Pennsylvania or the above-captioned Court.

4.      Client has retained new counsel. Substitute counsel has entered an appearance. Dkt. No. 81.

5.      Counsel has attempted to secure concurrence in this motion from all counsel: Counsel has attempted to contact counsel for Plaintiff, Katie Charleston; however, Counsel has learned that Ms. Charleston has since withdrawn. Dkt. No. 85. Counsel for co-Defendants English Riding Supply, LLC, English Riding Holding Supply, LLC, and NCK Capital, LLC, Megan Farrell, stipulates to this Motion.

6.      A proposed Order granting this relief is submitted herewith.

WHEREFORE, Matthew Behboud, Dane W. Schrader, and Daniel P. Schrader, of Manning Gross + Massenburg, LLP, respectfully request that this Honorable Court enter an Order granting leave to withdraw as counsel of record for ENGLISH RIDING SUPPLY, INC. and ERS EQUISTRIAN, INC.

Dated:  May 20, 2026                    Respectfully submitted:


 /s/Matthew Behboud
_____
Matthew Behboud (SBN 351102)
mbehboud@mgmlaw.com
Daniel P. Schrader (SBN 145670)
dschrader@mgmlaw.com
Dane W. Schrader (SBN 317004)
dwschrader@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**
601 Montgomery Street, Suite 1000
San Francisco, CA 94111
Tel.:  (415) 512-4381
Fax:   (415) 512-6791

Attorneys for Defendants
ENGLISH RIDING SUPPLY, INC. and
ERS EQUISTRIAN, INC.

2