## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH)  ) | Civil Action No.:  3:26-cv- |
| Plaintiff,  ) | 000895-KM |
| v.  ) | |
| ENGLISH RIDING SUPPLY, INC., ERS  ) | Honorable Karoline |
| EQUISTRIAN, INC., ENGLISH RIDING  ) | Mehalchick |
| SUPPLY, LLC, a Delaware Limited  ) | |
| Liability Company (No. 3563640),  ) | |
| ENGLISH RIDING SUPPLY, LLC, a  ) | |
| Pennsylvania Limited Liability Company  ) | |
| (No. 3092814), ENGLISH RIDING  ) | |
| SUPPLY, LLC, a Delaware Limited  ) | |
| Liability Company (6413166), ENGLISH  ) | |
| RIDING SUPPLY, LLC, a Pennsylvania  ) | |
| Limited Liability Company (7425042),  ) | |
| ENGLISH RIDING SUPPLY HOLDINGS  ) | |
| (64131080), a Delaware Limited Liability  ) | |
| Company, and NCK CAPITAL, LLC, a  ) | |
| Delaware Limited Liability Company,  ) | |
| ) | |
| Defendants.  ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2026, I caused a true and correct

copy of **The LLC Defendants' Motion to Dismiss Plaintiff's First Amended**

**Complaint** to be filed using the Court's CM/ECF system, and to be served upon *pro*

*se* Plaintiff Laura F. Corsi (a/k/a Laura F. Romfh) via email and U.S. Mail as follows:

Laura F. Corsi
(a/k/a Laura F. Romfh)

1968 S. Coast Hwy #1158
Laguna Beach, CA 92651
romfhequ@yahoo.com
laura.romfh@gmail.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*Megan E. Farrell*
Megan E. Farrell (PA I.D. No. 76972)
Thomas S. Jones(PA I.D. No. 71636)
Benjamin Sitter (PA I.D. No. 317382)
One PPG Place, Suite 3200
Pittsburgh, PA 15222
(412) 730-4050
*megan.farrell@nelsonmullins.com*
*ben.sitter@nelsonmullins.com*

*Counsel for Defendants English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), English Riding Supply Holdings, LLC, and NCK Capital, LLC*